UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID JAMAAL BROWN,

    Defendant.



Case: 4:22-cr-20531
Judge: Kumar, Shalina D.
MJ: Ivy, Curtis
Filed: 10-19-2022
SEALED MATTER (tt)

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT ONE
### 18 U.S.C. § 471; Manufacturing Counterfeit Currency

Beginning sometime in January 2020 and continuing until about February 29, 2020, in the Eastern District of Michigan and elsewhere, DAVID JAMAAL BROWN, with intent to defraud, did counterfeit, falsely make and forge obligations of the United States, that is falsely made, forged and counterfeited fifty dollar and twenty dollar Federal Reserve Notes, in violation of Title 18, United States Code, Section 471.

## COUNT TWO
## 18 U.S.C. §472
### Possession of Counterfeit Obligations of the United States

On or about February 29, 2020, in the Eastern District of Michigan, DAVID JAMAAL BROWN, with intent to defraud, did possess falsely made, forged and counterfeited obligations of the United States, that is, Federal Reserve Notes in the denomination of twenty dollars, which he then knew to be falsely made, forged and counterfeited, in violation of Title 18, United States Code, Section 472.

**THIS IS A TRUE BILL.**

Dated: October 19, 2022

s/GRAND JURY FOREPERSON
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/ NANCY A. ABRAHAM
NANCY A. ABRHAM (P42060)
Assistant United States Attorney
600 Church Street, Suite 210
Flint, MI 48502
(810) 766-5177

s/ ANTHONY P. VANCE
ANTHONY P. VANCE (P61148)
Assistant United States Attorney
Chief, Branch Offices

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 4:22-cr-20531<br>Judge: Kumar, Shalina D.<br>MJ: Ivy, Curtis<br>Filed: 10-19-2022<br>SEALED MATTER (tt) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accu

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | **AUSA's Initials:** NAA |

**Case Title:** USA v. DAVID JAMAAL BROWN

**County where offense occurred:** Genesee County and elsewhere

**Offense Type:** Felony

Indictment -- based upon prior complaint

FILED
OCT 19 2022
U.S. DISTRICT COURT
FLINT, MICHIGAN

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

October 19, 2022
Date

s/Nancy A. Abraham

Nancy A. Abraham
Assistant United States Attorney
600 Church Street
Flint, MI 48502
nancy.abraham@usdoj.gov
(810) 766-5177

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.